FILED

2025 Dec-17  PM 04:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

D'WANNA WILLIAMS,
an individual,

      Plaintiff,

                                        CASE NO: 2:25-cv-00866-MHH

vs.

WAC ENTERPRISES, INC,
a foreign corporation,

      Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, requests this Court to dismiss the above-styled cause with prejudice, and with costs taxed as paid.  The parties have reached an amicable resolution of all issues raised in Plaintiff's Complaint.

Respectfully submitted this the 17th day of December, 2025.

By: _/s/ Edward I. Zwilling_
Edward I. Zwilling, Esq.
AL State Bar No.: ASB-1564-L54E

**OF COUNSEL:**
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama 35242
Telephone:  (205) 822-2701
Email: edwardzwilling@zwillinglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2025, I emailed a copy of the foregoing to the following counsel for defendant who have not yet appeared:

Lisha Graham:     LGraham@whitearnolddowd.com

Tristan Sulser:     tsulser@carrallison.com

Melisa Zwilling:   mzwilling@carrallison.com


/s/ Edward I. Zwilling
OF COUNSEL